IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RONALD BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-cv-00780-GPM-DGW |
| | ) | |
| K, HUNTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is before the Court on Plaintiff's Motion to Provide Additional Information to Locate IDOC Employees K. Hunter and J. Simms (Doc. 25), which the Court construes as a response to the Court's Order at Doc. 24. On May 1, 2012, the Court ordered Plaintiff to provide additional information to the Clerk of Court to identify Defendants Hunter and Simms so that process may be served upon them (Doc. 24). In response, Plaintiff provides the badge number for Defendants Hunter (#9217) and Simms (#6165) and states that they are both employed by the Illinois Department of Corrections ("IDOC") (Doc. 25). On May 25, 2012, Defendant R. Davis filed a Response to Plaintiff's motion, stating that Defendants Hunter and Simms were members of a statewide Tactical Team (Doc. 27). Defendant R. Davis states further that, according to the Menard Litigation Coordinator, Defendant Simms is possibly employed at Lawrence Correctional Center, and that Defendant Hunter is possibly employed at Shawnee Correctional Center. *Id*.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall prepare for Defendants **HUNTER** and **SIMMS**: (1) Form 5 (Notice of a Lawsuit and Request to Waive Service of a Summons), and (2) Form 6 (Waiver of Service of Summons). The Clerk is **DIRECTED** to mail these forms, a copy of the amended complaint, this Memorandum and

Order and the threshold order (Doc. 12) to Defendant Hunter at Shawnee Correctional Center and to Defendant Simms at Lawrence Correctional Center. If Defendant Hunter and/or Defendant Simms fail to sign and return the Waiver of Service of Summons (Form 6) to the Clerk within 30 days from the date the forms were sent, the Clerk shall take appropriate steps to effect formal service on Defendant Hunter and/or Defendant Simms, and the Court will require Defendant Hunter and/or Defendant Simms to pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

**DATED: June 5, 2012**

*Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**