IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:11-cv-780-GPM-DGW |
| | ) |
| RYAN DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for case management purposes. On October 11, 2011, District Judge G. Patrick Murphy issued an Order (Doc. 9) directing Plaintiff to pay an initial partial filing fee of $6.61. As of the date of this Order, that initial partial filing fee has not been paid. Plaintiff is hereby **ORDERED** to pay the initial partial filing fee by January 6, 2014 or **SHOW CAUSE**, in writing by that date, why such payment has not and cannot be made. Plaintiff is **WARNED** that the failure to pay the initial filing fee or show cause by the deadline shall result in a report and recommendation that this matter be dismissed for failure to prosecute and the failure to comply with 28 U.S.C. § 1915(b)(1) and the Orders of this Court.

**IT IS SO ORDERED.**

**DATED: November 5, 2013**

                                                            **DONALD G. WILKERSON**
                                                            **United States Magistrate Judge**