IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:11-cv-780-NJR-DGW |
| | ) |
| RYAN DAVIS and JOSHUA SIMMS, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION

This case is certified as being ready for its current trial setting of January 21, 2015 before District Judge Nancy J. Rosenstengel.

**IT IS SO ORDERED.**

**DATED: December 15, 2014**

**DONALD G. WILKERSON**
**United States Magistrate Judge**